| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | FILED CLERK, U.S. DISTRICT COURT 09/03/2021 CENTRAL DISTRICT OF CALIFORNIA BY: JBB DEPUTY | DOCKET NUMBER *(Tran. Court)* 0647 1:13CR00016-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 2:21-cr-00415-ODW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jesse Owen Ray | DISTRICT NORTHERN DISTRICT OF OHIO | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Judge Dan A. Polster | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/23/2020 — TO 2/22/2024 |

**OFFENSE**

**Count 1**: 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) – Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine, a Class B felony.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF OHIO</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 15, 2021                                                     /s/ [signature]
_____                      _____
Date                                                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Central District of California

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/2/21                                                             /s/ [signature]
_____                      _____
Effective Date                                                  United States District Judge