# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:21-cr-00415-ODW-1 |
| v. | |
| Jesse Owen Ray | **NOTICE OF JURISDICTION/ TREATY TRANSFER-IN** |
| DEFENDANT(S). | |

To: All Parties/Counsel of Record

The Court has approved the

- [✓] supervised release
- [ ] probation
- [ ] treaty

transfer-in for the case referred to above.

The matter has been assigned to United States [✓] District Judge    Otis D. Wright II

[ ] Magistrate Judge _____ for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U.S. District Court

9/3/21                                      By: Jonnathan Benites-Bernardini
Date                                              Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56 (01/17)                     NOTICE OF JURISDICTION / TREATY TRANSFER-IN